# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT
_____

No. 95-50562
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOE D. HERRERA, JR.,

Defendant-Appellant.

Appeal from the United States District Court for the
Western District of Texas, El Paso

August 31, 1995

Before  BARKSDALE, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM:

        IT IS ORDERED that government's motion to vacate
sentence and remand for resentencing is GRANTED; and

        that Herrera's motion for release on bail pending
appeal is DENIED as moot.